**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| WIIFM, INC., | |
|---|---|
| Plaintiff(s), | |
| v. | 2:21-cv-00955-JCM-VCF |
| DOORBUSTERS LOCK & SAFE, LLC, | **ORDER** |
| Defendant(s). | |

Before the Court is the emergency motion to withdraw as counsel for WIIFM, Inc. (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the emergency motion to withdraw as counsel for WIIFM, Inc. (ECF No. 24), is scheduled for 3:00 PM, September 27, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that plaintiff's counsel must inform Shelley Krohn, the chapter 7 bankruptcy trustee (the "Bankruptcy Trustee"), of this order and invite her to attend the scheduled hearing.

DATED this 29th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE